IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC RICHARDSON, | ) | |
| Petitioner, | ) | Civil Action No. 14-252 Erie |
| v. | ) | Judge Alan N. Bloch |
| | ) | Magistrate Judge Susan Paradise Baxter |
| MICHAEL D. OVERMYER, et al., | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This habeas action filed by Eric Richardson was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On January 20, 2015, the magistrate judge issued a Report and Recommendation [ECF No. 5] in which she recommended that the petition be summarily dismissed without service pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases (which also applies to § 2241 cases). After receiving one extension, Richardson was advised that his objections to the Report and Recommendation were due by March 4, 2015. He did not file objections and he did not seek another extension of time in which to do so.

Accordingly, after de novo review of the petition Richardson filed in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 11th day of June, 2015;

IT IS HEREBY ORDERED that the petition is summarily DISMISSED without service and a certificate of appealability is DENIED;

The Report and Recommendation [ECF No. 5] is adopted as the Opinion of the Court.

The Honorable Alan N. Bloch

cc: Eric Richardson
JC-2328
SCI Forest, J Block
P.O. Box 945
Marienville, PA 16239